UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| FRANK BISIGNANO and FIRST DATA CORPORATION,<br><br>                    Plaintiffs,<br><br>v.<br><br>ERIC INSELBERG and INSELBERG INTERACTIVE, LLC,<br><br>                    Defendants. | Civ. No. 15-8301 (KM) (JBC)<br><br><br><br>ORDER |

    This matter having been opened to the court by the motion (ECF no. 9) of the defendants, Eric Inselberg ("Inselberg") and Inselberg Interactive, LLC ("Interactive") to dismiss the Amended Complaint (ECF no. 8) for lack of subject matter jurisdiction, pursuant to Fed. R. Civ. P. 12(b)(1), and for failure to state a claim, pursuant to Fed. R. Civ. P. 12(b)(6); and the plaintiffs, Frank Bisignano and First Data Corporation, having filed a response (ECF no. 11); and the defendants having filed a reply (ECF no. 14); and the Court having considered the matter without oral argument, pursuant to Fed. R. Civ. P. 78; for the reasons stated in the accompanying Opinion, and good cause appearing therefor;

    IT IS this 25th day of August, 2016

    ORDERED that the defendants' motion (ECF no. 9) to dismiss the complaint for lack of jurisdiction is GRANTED.

    The Clerk shall close the file.

*/s/ Kevin McNulty*
**KEVIN MCNULTY**
**United States District Judge**