Brian C. Brook (No. 050442013)
CLINTON BROOK & PEED
641 Lexington Avenue, 13th Floor
New York, New York 10022
Tel.: (212) 328-9559
Fax: (212) 328-9560
brian@clintonbrook.com

*Attorneys for Defendants*
*Eric Inselberg and Inselberg Interactive*

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| FIRST DATA CORPORATION and FRANK BISIGNANO<br><br>　　　　　　　Plaintiffs,<br><br>　v.<br><br>ERIC INSELBERG and INSELBERG INTERACTIVE, LLC,<br><br>　　　　　　　Defendants. | Civ. Action No. 2:15-cv-08301 (KM) (JBC)<br><br>**Motion Day: November 7, 2016**<br><br>**NOTICE OF PLAINTIFFS' MOTION FOR ATTORNEYS' FEES AND COSTS**<br><br>**Oral Argument Requested** |

TO:　Kevin H. Marino　　　　　　　　Michael B. Carlinsky
　　　John A. Boyle　　　　　　　　　　Matthew A. Traupman
　　　Marino, Tortorella & Boyle, P.C　Corey Worcester
　　　437 Southern Boulevard　　　　　Ron Hagiz
　　　Chatham, NJ 07928-1488　　　　　Quinn Emanuel Urquhart & Sullivan LLP
　　　　　　　　　　　　　　　　　　　51 Madison Avenue
　　　　　　　　　　　　　　　　　　　New York, NY 10010

　　　*Attorneys for Plaintiffs,*
　　　*First Data Corporation and Frank Bisignano*

　　　PLEASE TAKE NOTICE that, pursuant to 28 U.S.C. § 1927 and this Court's

inherent authority, on November 7, 2016, at 9:00 a.m., or at such other time as the Court set

1

when counsel may be heard, Defendants Eric Inselberg and Inselberg Interactive, LLC, shall move before the Honorable Kevin McNulty, U.S.D.J., at the United States District Court, Frank R. Lautenberg U.S. Post Office & Courthouse, Courtroom 04, Newark, New Jersey 07102, for an Order awarding them attorneys' fees and costs incurred as a result of Plaintiffs' bad faith institution and pursuit of this litigation.

 PLEASE TAKE FURTHER NOTICE that in support thereof, Defendants shall rely on the accompanying Memorandum of Law and Declaration of Brian C. Brook.

 PLEASE TAKE FURTHER NOTICE that Defendants hereby respectfully request oral argument. A proposed form of order is submitted herewith.

Dated: September 27, 2016

/s/ Brian C. Brook
Brian C. Brook (No. 050442013)
CLINTON BROOK & PEED
641 Lexington Avenue, 13th Floor
New York, New York 10022
Tel.: (212) 328-9559
Fax: (212) 328-9560
brian@clintonbrook.com

*Attorneys for Defendants,*
*Eric Inselberg and Inselberg Interactive, LLC*